WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
JASON M. MCEWEN - State Bar No. 246787
jmcewen@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants COUNTY OF ORANGE, a public entity, and TERRA CARRILLO, as an employee of COUNTY OF ORANGE, a public entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA OGLE,<br><br>　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, and TERRA CARRILLO,<br><br>　　　Defendants. | CASE NO.: 8:18-cv-00425-DOC-JDE<br><br>BEFORE THE HON. DAVID CARTER<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>HEARING DATES PENDING:<br>Type:　Pretrial Conference<br>Date:　November 4, 2019<br>Time:　8:30 a.m.<br><br>Type:　Trial<br>Date:　November 12, 2019<br>Time:　8:30 a.m. |

TO: ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that the parties have reached a settlement of the material terms in the above matter. Further terms are being memorialized in a separate settlement agreement. Upon execution of that document and satisfaction of the settlement, Plaintiff will dismiss this matter with prejudice.

DATED: April 18, 2019　　　　　　WOODRUFF, SPRADLIN & SMART, APC

　　　　　　　　　　　　　　　　By: /s Jason M. McEwen
　　　　　　　　　　　　　　　　　　DANIEL K. SPRADLIN
　　　　　　　　　　　　　　　　　　JASON M. MCEWEN
　　　　　　　　　　　　　　　　　　Attorneys for Defendants COUNTY OF ORANGE, a public entity, and TERRA CARRILLO, as an employee of COUNTY OF ORANGE, a public entity

1403715.1

1

| | | |
|---|---|---|
| 1 | DATED: April 18, 2019 | PEIFFER WOLF CARR & KANE, APLC |
| 2 | | |
| 3 | | By: /s *Adam B. Wolf* |
| 4 | | ADAM B. WOLF |
| 5 | | LYDIA M. FLOYD<br>Attorneys for Plaitniff SHEENA OGLE |

Pursuant to Local Rule 5-4.3.4, I, Jason M. McEwen, attest that Adam B. Wolf concurs with the contents of this Notice of Settlement and has authorized the filing of same.

| | | |
|---|---|---|
| 10 | DATED: April 18, 2019 | WOODRUFF, SPRADLIN & SMART, APC |
| 11 | | |
| 12 | | By: /s *Jason M. McEwen* |
| 13 | | DANIEL K. SPRADLIN<br>JASON M. MCEWEN |
| 14 | | Attorneys for Defendants COUNTY OF ORANGE, a public entity, and TERRA CARRILLO, as an employee of COUNTY OF ORANGE, a public entity |

WOODRUFF, SPRADLIN & SMART
ATTORNEYS AT LAW
COSTA MESA

1403715.1

2

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On April 18, 2019, I served the foregoing document(s) described as **JOINT NOTICE OF SETTLEMENT**

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** I caused the above-referenced document to be transmitted to the interested parties via electronic mail as stated on the attached Service List.

☐ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on April 18, 2019, at Costa Mesa, California.

/s/ *Gloria V. Herrera*
Gloria V. Herrera

1403715.1

3

**SHEENA OGLE v. COUNTY OF ORANGE**
**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CASE NO.: 8:18-CV-00425-DOC-JDE**
**ASSIGNED TO: THE HONORABLE DAVID O. CARTER**
**REFERRED TO: THE HONORABLE JOHN D. EARLY**
**SERVICE LIST**

| | |
|---|---|
| Adam B. Wolf, Esq.<br>PEIFFER WOLF CARR & KANE, APLC<br>5042 Wilshire Blvd., No. 304<br>Los Angeles, CA 90036<br>Telephone: (415) 766-3545<br>Fax: (415) 402-0058<br>Email: awolf@prwlegal.com | Attorneys for Plaintiff<br>**SHEENA OGLE** |
| Lydia M. Floyd, Esq.<br>PEIFFER WOLF CARR & KANE, APLC<br>1422 Euclid Ave., Suite 1610<br>Cleveland, Ohio 44115<br>Telephone: (216) 242-6493<br>Facsimile: (216) 916-9220<br>Email: lfloyd@pwcklegal.com | Pro Hoc Vice counsel for Plaintiff<br>**SHEENA OGLE** |

9/4/18

1403715.1

4